UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.

8:09-CV-01199-T-33EAJ

CHARLES GIBSON,

    Plaintiff,

v.

ASSET INVESTIGATION AND RECOVERY,
INC., a Florida Corporation, and STAMATIS
FERAROLIS, Individually,

    Defendants.

_____/

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Stamatis Ferarolis
Registered Agent for
Asset Investigations and Recovery, Inc.,
5006 20th Ave South
Tampa, Florida 33619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew N. Thibaut
Casey Ciklin Lubitz et al.
515 North Flagler Drive
19th Floor
West Palm Beach, FL 33401

an answer to the complaint which is herewith served upon you, within days _____20_____ after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH            JUN 2 6 2009
_____     _____
CLERK                                                DATE

/s/ Judith Smith
_____
(BY) DEPUTY CLERK

RECEIVED 09 JUN 26 PM 12:21 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me ⎯     DATE
NAME OF SERVER (PRINT)     TITLE

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served: _____
_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

Returned unexecuted:_____
_____
_____
_____

Other (*specify*): _____

### STATEMENT OF SERVICE FEES
TRAVEL     SERVICES     TOTAL

### DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____     _____
             Date     Signature of Server

                                                         _____
                                                         Address of Server

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.

8:09-cv-01199-T-33EAJ

CHARLES GIBSON,

    Plaintiff,

v.

ASSET INVESTIGATION AND RECOVERY,
INC., a Florida Corporation, and STAMATIS
FERAROLIS, Individually,

    Defendants.

_____/

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Stamatis Ferarolis
5006 20th Ave South
Tampa, Florida 33619

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew N. Thibaut
Casey Ciklin Lubitz et al.
515 North Flagler Drive
19th Floor
West Palm Beach, FL 33401

an answer to the complaint which is herewith served upon you, within days ___20___ after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH            JUN 2 6 2009

CLERK  /s/ Judith Smith            DATE

(BY) DEPUTY CLERK

RECEIVED 09 JUN 26 PM 12:20
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me ┆  DATE
NAME OF SERVER (PRINT)                                 TITLE

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served: _____
_____


Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____
_____

Returned unexecuted:_____
_____
_____
_____

Other (*specify*): _____

### STATEMENT OF SERVICE FEES
TRAVEL                     SERVICES                              TOTAL

### DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United States of America that the foregoing

information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____            _____
           Date                                Signature of Server


                                            _____
                                            Address of Server